IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DESTINED C. GEORGE,

        Plaintiff,

    v.                                   Civil Action No. 3:19cv155

LT. MICHALEK, *et al.*,

        Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 76) is ACCEPTED and ADOPTED;

2. George's Motion for Hearing Transcript (ECF No. 78) is DENIED WITHOUT PREJUDICE; and,

3. George's claims and the action are DISMISSED.

Should George desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to George and counsel of record.

It is so ORDERED.

Date: 3-21-2022
Richmond, Virginia

M. Hannah Lauck
United States District Judge